# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Consent to Electronic Service

v.

Case No.

I hereby notify the clerk that I consent to receive electronic service of all documents filed in this appeal via the Court's Electronic Case Management system (ECF). All notices and electronic filings for the above-captioned case(s) should be sent to me at the email address below. If my email address changes, I will promptly notify the clerk in writing of my new email address. I understand that I will no longer receive paper copies of any documents issued by the court or electronically filed by other parties to this appeal. I understand that I need to separately consent to electronic service for each appeal in which I wish to receive electronic service and this consent is only effective as to the above captioned appeal(s).

**Glen A. Pontious**
Name

**afirstglass@gmail.com**
Email address (type or print clearly)

*/s/ G. Pontious*
Signature

## CERTIFICATE OF SERVICE

I hereby certify that on __5/13/2022__ [date] I sent a copy of the Consent to Electronic Service to: UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT at __Byron White United States courthouse Denver Colorado 80257__ _____, the last known address/email address, by __U.S. Mail__.
[state method of service]

__MAY 13TH 2022__
Date

*/s/ G. Pontious*
Signature

RECEIVED
United States Court of Appeals
Tenth Circuit

MAY 20 2022

CHRISTOPHER M. WOLPERT
Clerk