# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

### Entry of Appearance - Pro Se

v.

Case No. 22-6073

INSTRUCTIONS: A PARTY DESIRING TO APPEAR WITHOUT COUNSEL SHALL NOTIFY THE CLERK BY COMPLETING AND SIGNING THIS FORM. THE FEDERAL RULES OF APPELLATE PROCEDURE AND TENTH CIRCUIT RULES REQUIRE THAT ALL PAPERS SUBMITTED TO THE COURT FOR FILING BE SIGNED BY THE FILING PARTY AND THAT COPIES BE SERVED ON OPPOSING PARTIES OR THEIR COUNSEL, IF REPRESENTED BY COUNSEL. THE ORIGINAL OF EVERY PAPER SUBMITTED FOR FILING MUST CONTAIN PROOF OF SERVICE IN A FORM SIMILAR TO THAT ON THE REVERSE OF THIS FORM. ANY PAPER THAT DOES NOT CONTAIN THE REQUIRED PROOF OF SERVICE MAY BE DISREGARDED BY THE COURT OR RETURNED.

I hereby notify the clerk that I am appearing pro se as the

__Appellant__ in
(Appellant, Petitioner, Appellee or Respondent)

this case. All notices regarding the case should be sent to me at the address below. If my mailing address changes, I will promptly notify the clerk in writing of my new address.

Further, in accordance with 10th Cir. R. 46.1, I certify: **(Check one.)**

☐ All parties to this litigation, including parties who are now or have been interested in this litigation, are revealed by the caption for this appeal, or

☑ There are parties interested in this litigation that do not appear in the caption for this appeal, and they are listed on the back of this form.

_/s/ Glen Pontious_
Signature

Name: GLEN PONTIOUS
Mailing Address: 3304 N. IDYLWILD DRIVE
City/State/Zip: MIDWEST CITY, OK 73110

A-5a Pro Se Entry of Appearance Form 10/09

**RECEIVED**
United States Court of Appeals
Tenth Circuit

**MAY 2 0 2022**

CHRISTOPHER M. WOLPERT
Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

### Entry of Appearance - Pro Se

v.

Case No. 22-6073

[✓] There are parties interested in this litigation that do not appear in the caption for this appeal, and they are listed on the back of this form.

To make it clear, I Glen Pontious. Have Filed a Complaint against the United States Department of Justice, Attorney General: William P Barr

Who did Falsely, Fraudulently, Maliciously, Deliberately, with Dereliction and Deprivation, committed Perjury to me, President Donald J Trump, and the American People, Oath and Duty. by Certifying the 2020 United States Presidential Election had No FRAUD OR IRREGULARITIES.
Interfering with the 2020 U.S. Presidential Election
This is my Choice for who is responsible for the "coup d'etat"
which I am a prisoner of, I have no escape. I am forced to live this, by a corrupt Department of Justice.

But as you see, there are many, who should have Interest in MY COMPLAINT Defending or an as Complaintants,

This Question is a little late in the Juducata, I Glen Pontious did offer Discovery Deposition, Questioning, Presentation of Evidence meetings many times all went ignored by Judge Charles Goodwin, Sarah Greenwalt and other's

Please see attatched List of those who might have Interest in My Case.
Continued

_[signature: S. Pontious]_
Signature

Name: GLEN PONTIOUS
Mailing Address: 3304 N. IDYLWILD DRIVE
City, State, Zip Code: MIDWEST CITY, OK 73110

A-5a Pro Se Entry of Appearance Form 10/09

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

Entry of Appearance - Pro Se

v.

Case No. 22-6073

☑ There are parties interested in this litigation that do not appear in the caption for this appeal, and they are listed on the back of this form.

Continued
1.) President, Donald J Trump and his Impeachment team
2.) King, Joe Biden
3.) (D) Rep, Adam Schiff, Jan 6th Committee leader
4.) (R) Rep, Jim Jordan Judicial Committee
5.) (D) U.S. Speaker of the House, Nancy Pelosi
6.) (D) Rep, Maxine Waters.
7.) All Congress that took part in the impeachment of Donald J Trump
8.) January 6th Commision,
9.) Washington D.C. Federal Court Judge's Hearing cases of U.S. Captiol Breach
10.) Washington D.C Federal Pardon an Parol Board's
11.) U.S. Election Commision
12.) U.S. Department of Homeland Secutity
13.) The Pentagone
14.) BARR ASSO.
15.) Twitter
16.) Facebook
17.) Bill and Hillary Clinton
18.) All of the 2020 United States Presidential election contenders
19.) News Media
20.) Current United States Attorney General: Merrick Garland
21.) FCC, Federal Communications Commision
22.) I don't know why, but you might include the
    United States Department of justice as having interest, But I bet Not.

Why didnt the DOJ Protect Trump, like they protect Biden, BIAS.

_____
Signature

Name: GLEN PONTIOUS
Mailing Address: 3304 N. IDYLWILD DRIVE
City: MIDWEST CITY, State: OK, Zip Code: 73110

A-5a Pro Se Entry of Appearance Form 10/09

PHONE
405-243-6650

# CERTIFICATE OF SERVICE

I hereby certify that on ___Friday May 13th, 2022___ I sent a copy of
[date]
the Pro Se Entry of Appearance Form to: UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
UNITED STATES COURT OF APPELAS FOR THE TENTH CIRCUIT   OFFICE OF THE
at CLERK Christopher M. Wolpert  BYRON WHITE UNITED STATES COURTHOUSE

1823 Stout Street  Denver Colorado 80257                              . the last known

address/email address, by ___U.S. MAIL___.
[state method of service]

Assistant U.S Attorney : Sarah Greenwalt McMurray

    Department of Justice
    c/o U.S. Attorney office
    210 Park Avenue, Suite 400
    Oklahoma City, Ok 73102

MAY 13TH 2022
Date

[signature]
Signature

---

# CERTIFICATE OF INTERESTED PARTIES
(attached additional pages if necessary)

A-5a Pro Se Entry of Appearance Form 10/09

Oklahoma City P&DC 73125
SAT 14 MAY 2022 PM

GLEN A PONTIOUS
3304 N. Idylwild Dr.
Midwest City Ok. 73110

Christopher M. Wolpert
Clerk of Court

United States Court of Appeals
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257-1823



Scanned by
US Marshal